IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AARON PAGE, county jail inmate #303002**                                    **PLAINTIFF**

**v.**                               **CIVIL ACTION NO. 1:07-cv-1104-LG-RHW**

**DECARLOS MOORE AND**
**HARRISON COUNTY JAIL**                                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day and incorporated herein by reference, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 8th day of February, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE